UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHEYANNE WILLIAMS,

     Plaintiff,

v.

     Case No. 1:24-cv-1251

UNKNOWN PARTY, et al.,

     HON. JANE M. BECKERING

     Defendants.

_____/

**ORDER**

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on November 27, 2024, recommending that this Court dismiss Plaintiff's Title III claim with prejudice and dismiss the state-law claims without prejudice.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Title III claim is DISMISSED WITH PREJUDICE and Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: December 18, 2024            /s/ Jane M. Beckering
                                    JANE M. BECKERING
                                    United States District Judge

_____

[1] Plaintiff is the only party that has appeared in the case at this time.